# Order

Michigan Supreme Court
Lansing, Michigan

August 20, 2009

Marilyn Kelly,
Chief Justice

138260

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DANIEL WIEDYK,
                Plaintiff-Appellant,

v

SC: 138260
COA: 280214
Midland CC: 06-009751-NI

JOHN PAUL POISSON and TRAVERSE
CITY LEASING, d/b/a HERTZ,
                Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the January 6, 2009 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *McCormick v Carrier* (Docket No. 136738) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 20, 2009

Clerk

d0520